IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOBAL R. ARCHULETA AND
CYNTHIA B. ARCHULETA,

    Plaintiffs,

v.                                               CIV. No. 14-314 WJ/GBW

TIFFIN MOTORHOMES, INC., AND
ALBUQUERQUE FREIGHTLINER, INC.,

    Defendants.

## **PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    This matter comes before the Court pursuant to the telephonic status conference held on February 2, 2015. *Doc. 41*. On June 16, 2014, the Court granted Plaintiffs' attorneys' Motion to Withdraw as Counsel. *Doc. 24*. Since that time, Plaintiffs have not obtained new counsel, nor have they appeared to pursue their case. On January 6, 2015, Defendant Tiffin MotorHomes, Inc. moved to dismiss Plaintiffs' claims for lack of prosecution. *Doc. 38*. Defendant Albuquerque Freightliner, Inc. moved to join in the motion to dismiss on January 7, 2015. *Doc. 39*.

    The Court held a status conference on February 2, 2015, to determine whether Plaintiffs had obtained counsel, intended to proceed *pro se*, or wished to dismiss their case. Both Plaintiffs affirmed that they did not object to the Court dismissing the case.

Therefore, based on the representations of Plaintiffs, I recommend that Plaintiffs' complaint be DISMISSED without prejudice.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1).  **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition.  If no objections are filed, no appellate review will be allowed.**