IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOBAL R. ARCHULETA AND
CYNTHIA B. ARCHULETA,

    Plaintiffs,

v.                                                            CIV No. 14-314 WJ/GBW

TIFFIN MOTORHOMES, INC., AND
ALBUQUERQUE FREIGHTLINER, INC.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING CASE

    This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), entered on February 2, 2015.  *Doc. 42.*  The Magistrate Judge held a telephonic conference with the parties on February 2, 2015, to determine whether Plaintiffs had obtained representation and to discuss the status of the case.  At the conference, both Plaintiffs stated that they wished to voluntarily dismiss their claims.  Defendants did not object.  The Magistrate Judge recommended dismissing the case without prejudice based on the representations of Plaintiffs.

    Neither side has filed objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, *doc. 42*, is ADOPTED, and this case is hereby DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE